# United States District Court
## Eastern District of California
### DEFERRED

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**VASILY MYAZIN** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **6:09-CR-00030 YNP**<br><br>James B. Lindstedt<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] pleaded guilty to the offense: described in the Complaint.
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR 2.35(b)(2) | POSSESSION OF A CONTROLLED SUBSTANCE (Marijuana) | 9/19/2009 | TWO |

The defendant is sentenced as provided in pages 2 through _4_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[√] Count(s) remaining are dismissed on the motion of the United States.

[ ] Indictment is to be dismissed by District Court on motion of the United States.

[ ] Appeal rights given.          [ ] Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 3, 2009
Date of Imposition of Judgment

/s/ Dennis L. Beck
Signature of Judicial Officer

**DENNIS L. BECK**, United States Magistrate Judge
Name & Title of Judicial Officer

9 November 2009
Date

| | | |
|---|---|---|
| CASE NUMBER: | 6:09-CR-30 YNP | Judgment - Page 3 of 4 |
| DEFENDANT: | VASILY MYAZIN | |

# PROBATION

The defendant is hereby sentenced to unsupervised probation from November 3, 2009 to November 2, 2010.

[✔] **Judgement entered pursuant to 36 CFR 2.35(b)(2) is deferred.** If the defendant completes the term of probation without violation of conditions imposed, the proceedings will be dismissed.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of controlled substance. The defendant shall submit to one drug test within 15 days of release on probation and at least two periodic drug tests thereafter, not to exceed four (4) drug tests per month.

[ ]   The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[ ]   The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[ ]   The defendant shall submit to the collection of DNA as directed by the probation officer. (Check, if applicable.)

[ ]   The defendant shall register and comply with the requirements in the federal and state sex offender registration agency in the jurisdiction of conviction, Eastern District of California, and in the state and in any jurisdiction where the defendant resides, is employed, or is a student. (Check, if applicable.)

[ ]   The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## (Not applicable) STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

# SPECIAL CONDITIONS OF PROBATION

1. The defendant shall obey all laws (local, state, and federal).

2. The defendant shall pay a criminal monetary penalty for the total amount of $310.00, consisting of a $300.00 fine, and a $10.00 assessment fee. Total payment is due no later than 11/2/2010. The fine is payable to the Clerk, U.S. District Court, and mailed to:

   Office of the Clerk
   U.S. District Court
   2500 Tulare Street
   Fresno, California 93721

3. The defendant is ordered to appear for a Review Hearing at the U.S. District Court, 9004 Castle Cliff Court, Yosemite National Park, CA 95389, on 11/2/2010 at 10:00 a.m. Defendant is ordered to bring proof of payment, whereas the Court will determine whether all the conditions of probation have been met so as to enable to the Court to enter final disposition of Deferred Judgment.