Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Docket 6:09-cr-0030-MJS |
| ) | |
| Plaintiff, ) | MOTION TO DISMISS; |
| ) | AND ORDER |
| v. ) | THEREON |
| ) | |
| VASILY MYAZIN, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    The defendant having met all conditions of deferral, the United States hereby moves the Court for an order of dismissal pursuant to 18 United States Code §3607, and by leave of Court endorsed hereon.

Dated: November 3, 2010           NATIONAL PARK SERVICE

                                              /S/ Susan St. Vincent
                                              Susan St. Vincent
                                              Acting Legal Officer

**ORDER**

IT IS SO ORDERED.

Dated:   November 8, 2010                /s/ *Michael J. Seng*
                                              UNITED STATES MAGISTRATE JUDGE

1